**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

VERON BRIGGS,

                           Plaintiff,

              v.

JUSTIN BYRNES, *et al.*,

                        Defendants.

1:22-CV-1221
(DNH/DJS)

_____

**APPEARANCES:**                    **OF COUNSEL:**

VERON BRIGGS
Plaintiff Pro Se
Troy, New York 12182

PATTISON, SAMPSON, GINSBERG,      RHIANNON I. GIFFORD, ESQ.
& GRIFFIN
Attorney for Defendants
22 First Street
P.O. Box 208
Troy, New York 12181-0208

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

On March 10, 2023, Defendants filed a Motion to Dismiss pursuant to FED. R. CIV. P. 12(b)(6) or, in the alternative for a More Definite Statement under Rule 12(e).  Dkt. No. 16.  The Court converted the Motion to a Motion for Summary Judgment and set a briefing schedule.  Dkt. No. 19.  Plaintiff has now filed, as of right, an Amended Complaint.  Dkt. No. 20.  The Amended Complaint sets forth legal theories distinct from the Complaint and that are not addressed by the Motion for Summary Judgment.  *See generally id.*  In the Court's view, the filing of an Amended Complaint moots the pending dispositive Motion.  *See Hanrahan v. Menon,* 2010 WL 984279,

at *1 (N.D.N.Y. Mar. 15, 2010); *Hill v. Chalanor*, 2008 WL 907363, at *1 (N.D.N.Y. Mar. 31, 2008).

**ACCORDINGLY**, it is hereby

**ORDERED**, that Defendants' Motion (Dkt. No. 16) is **DENIED as moot**; and it is further

**ORDERED**, that Defendants shall answer or otherwise with respect to the Amended Complaint on or before April 28, 2023; and it is further

**ORDERED**, that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated:   March 31, 2023
        Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge